# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 20 CR 812 - 1,2,3,4 |
| v. | ) | Judge: Harry D. Leinenweber |
| Michael McClain et al | ) | |

## ORDER

Voir Dire Begins. Voir Dire held and continued to 3/15/23 at 9:30 a.m. Emergency motion to intervene is granted [163].

(T: 06:00)

Date: 3/14/23                                             /s/ Judge Harry D. Leinenweber