**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 20 CR 812 |
| v. | ) | |
| | ) | Honorable Manish S. Shah |
| MICHAEL McCLAIN, et al. | ) | |
| | ) | |

**DEFENDANT PRAMAGGIORE'S SUPPLEMENTAL**
**TRIAL EXHIBITS AND EXHIBIT LIST FOR RECORD ON APPEAL**

In accordance with F.R.A.P. 3(d), Seventh Circuit Rule 10, and Dkt. No. 493, Defendant

Anne Pramaggiore hereby submits exhibits used at trial in the captioned matter, together with the

following exhibit list, for the record on appeal.

**Government's Admitted Trial Exhibits – Audio-Visual:[1]**

| Exhibit No. | Description of Exhibit |
|---|---|
| GX 1 & 1-T | 10-9-2016 Recording and Transcript |
| GX 2 & 2-T | 10-9-2016 Recording and Transcript |
| GX 3 & 3-T | 2-05-2018 Recording and Transcript |
| GX 4a-b & 4-T | 04-9-2018 Recording Parts 1 and 2 and Transcript |
| GX 6a & 6-T | 04-11-2018 Recording Part 1 and Transcript |
| GX 7a-b & 7-T | 4-13-2018 Recording Parts 1 and 2 and Transcript |
| GX 8 & 8-T | 4-13-2018 Recording and Transcript |
| GX 10 & 10-T | 4-19-2018 Recording and Transcript |

---

[1] Government Exhibits 1 through 159 were bulk-admitted on the record via Stipulation 2. However, the Trial Court later clarified that Defendants could still object to exhibit recordings and the corresponding transcripts on bases other than authenticity. (Trial Tr. 594:11-22; 655:4-659:7.) Accordingly, not all of Government Exhibits 1 through 159 are listed here.

| | |
|---|---|
| GX 12 & 12-T | 4-24-2018 Recording and Transcript |
| GX 13 & 13-T | 4-27-2018 Recording and Transcript |
| GX 14 & 14-T | 4-30-2018 Recording and Transcript |
| GX 15a-b & 15-T | 5-2-2018 Recording Parts 1 and 2 and Transcript |
| GX 16a-c & 16-T | 5-8-2018 Recording Parts 1, 2, and 3 and Transcript |
| GX 17 & 17-T | 5-8-2018 Recording and Transcript |
| GX 18 & 18-T | 5-8-2018 Recording and Transcript |
| GX 19 & 19-T | 5-16-2018 Recording and Transcript |
| GX 21b, c & 21-T | 5-16-2018 Recording Parts 2 and 3 and Transcript |
| GX 22 & 22-T | 5-16-2018 Recording and Transcript |
| GX 23a-b & 23-T | 5-16-2018 Recording Parts 1 and 2 and Transcript |
| GX 24a-b & 24-T | 5-16-2018 Recording Parts 1 and 2 and Transcript |
| GX 25 & 25-T | 5-16-2018 Recording and Transcript |
| GX 29 & 29-T | 5-21-2018 Recording and Transcript |
| GX 34 & 34-T | 5-24-2018 Recording and Transcript |
| GX 35 & 35-T | 5-24-2018 Recording and Transcript |
| GX 36 & 36-T | 5-24-2018 Recording and Transcript |
| GX 37 & 37-T | 5-31-2018 Recording and Transcript |
| GX 38 & 38-T | 5-31-2018 Recording and Transcript |
| GX 39 & 39-T | 5-31-2018 Recording and Transcript |
| GX 47 & 47-T | 6-18-2018 Recording and Transcript |
| GX 48a-c & 48-T | 6-18-2018 Recording Parts 1, 2, and 3 and Transcript |
| GX 49 & 49-T | 6-19-2018 Recording and Transcript |

| GX 50a-b & 50-T | 6-20-2018 Recording Parts 1 and 2 and Transcript |
|---|---|
| GX 51 & 51-T | 6-20-2018 Recording and Transcript |
| GX 52a, c, d & 52-T | 6-20-2018 Recording Parts 1, 3, and 4 and Transcript |
| GX 53 & 53-T | 6-22-2018 Recording and Transcript |
| GX 54 & 54-T | 6-23-2018 Recording and Transcript |
| GX 55 & 55-T | 6-25-2018 Recording and Transcript |
| GX 59 & 59-T | 7-2-2018 Recording and Transcript |
| GX 61 & 61-T | 7-6-2018 Recording and Transcript |
| GX 62a-b & 62-T | 7-11-2018 Recording Parts 1 and 2 and Transcript |
| GX 63 & 63-T | 7-17-2018 Recording and Transcript |
| GX 64 & 64-T | 7-17-2018 Recording and Transcript |
| GX 65 & 65-T | 7-17-2018 Recording Transcript |
| GX 66 & 66-T | 7-23-2018 Recording and Transcript |
| GX 68 & 68-T | 8-3-2018 Recording and Transcript |
| GX 69 & 69-T | 8-3-2018 Recording and Transcript |
| GX 71 & 71-T | 8-7-2018 Recording and Transcript |
| GX 72 & 72-T | 8-7-2018 Recording and Transcript |
| GX 73 & 73-T | 8-8-2018 Recording and Transcript |
| GX 74 & 74-T | 8-13-2018 Recording and Transcript |
| GX 75 & 75-T | 8-14-2018 Recording and Transcript |
| GX 77a-b & 77-T | 8-28-2018 Recording and Transcript |
| GX 83a-b & 83-T | 8-30-2018 Recording Parts 1 and 2 and Transcript |
| GX 86 & 86-T | 9-5-2018 Recording and Transcript |
| GX 88 & 88-T | 9-7-2018 Recording Transcript |

| | |
|---|---|
| GX 89a-b & 89-T | 9-7-2018 Recording Parts 1 and 2 and Transcript |
| GX 90 & 90-T | 9-7-2018 Recording and Transcript |
| GX 92 & 92-T | 10-21-2018 Recording and Transcript |
| GX 93 & 93-T | 10-22-2018 Recording and Transcript |
| GX 95 & 95-T | 10-26-2018 Recording and Transcript |
| GX 98 & 98-T | 11-6-2018 Recording and Transcript |
| GX 99 & 99-T | 11-7-2018 Recording and Transcript |
| GX 100 & 100-T | 11-8-2018 Recording and Transcript |
| GX 101 & 101-T | 11-8-2018 Recording and Transcript |
| GX 102 & 102-T | 11-13-2018 Recording and Transcript |
| GX 103 & 103-T | 11-20-2018 Recording and Transcript |
| GX 107 & 107-T | 12-5-2018 Recording and Transcript |
| GX 108-T[2] | 12-5-2018 Transcript |
| GX 109 & 109-T | 12-7-2018 Recording and Transcript |
| GX 110 & 110-T | 12-7-2018 Recording and Transcript |
| GX 111 & 111-T | 12-8-2018 Recording and Transcript |
| GX 112a-d & 112-T | 12-9-2018 Recording Parts 1, 2, 3, and 4 and Transcript |
| GX 113 & 113-T | 12-11-2018 Recording and Transcript |
| GX 114 & 114-T | 12-11-2018 Recording and Transcript |
| GX 115 & 115-T | 1-17-2019 Recording and Transcript |
| GX 116 & 116-T | 1-17-2019 Recording and Transcript |
| GX 117a-b & 117-T | 1-22-2019 Recording Parts 1 and 2 and Transcript |

---

[2] Government Exhibit 108 was partially played during trial because the ending of the call was the subject of a motion in limine that was granted. (Trial Tr. 1974:21-1975:12; 1975:13-1977:12.) The Government's corrected transcript for this recording is included. (*See* Trial Tr. 1983:17-18.)

| | |
|---|---|
| GX 118 & 118-T | 1-29-2019 Recording and Transcript |
| GX 119 & 119-T | 2-4-2019 Recording and Transcript |
| GX 120 & 120-T | 2-6-2019 Recording and Transcript |
| GX 121a-b & 121-T | 2-6-2019 Recording Parts 1 and 2 and Transcript |
| GX 122 & 122-T | 2-7-2019 Recording and Transcript |
| GX 123a-b & 123-T | 2-7-2019 Recording Parts 1 and 2 and Transcript |
| GX 125 & 125-T | 2-11-2019 Recording and Transcript |
| GX 126a-b & 126-T | 2-11-2019 Recording Parts 1 and 2 and Transcript |
| GX 127 & 127-T | 2-12-2019 Recording and Transcript |
| GX 128 & 128-T | 2-12-2019 Recording and Transcript |
| GX 129a-b & 129-T | 2-13-2019 Recording Parts 1 and 2 and Transcript |
| GX 131 & 131-T | 2-18-2019 Recording and Transcript |
| GX 133 & 133-T | 2-19-2019 Recording and Transcript |
| GX 134 & 134-T | 2-19-2019 Recording and Transcript |
| GX 135 & 135-T | 2-20-2019 Recording and Transcript |
| GX 136a-c & 136-T | 2-20-2019 Recording Parts 1, 2, and 3 and Transcript |
| GX 137a-b & 137-T | 2-20-2019 Recording Parts 1 and 2 and Transcript |
| GX 138a-b & 138-T | 2-21-2019 Recording Parts 1 and 2 and Transcript |
| GX 139a-c & 139-T | 2-22-2019 Recording Parts 1, 2, and 3 and Transcript |
| GX 140 & 140-T | 2-26-2019 Recording and Transcript |
| GX 141 & 141-T | 2-27-2019 Recording and Transcript |
| GX 142a-b & 142-T | 2-27-2019 Recording Parts 1 and 2 and Transcript |
| GX 143 & 143-T | 3-4-2019 Recording and Transcript |
| GX 145 & 145-T | 3-5-2019 Recording and Transcript |

| | |
|---|---|
| GX 146b, c & 146-T | 3-5-2019 Recording Parts 2 and 3 and Transcript |
| GX 147 & 147-T | 3-5-2019 Recording and Transcript |
| GX 148 & 148-T | 3-6-2019 Recording and Transcript |
| GX 149 & 149-T | 3-11-2019 Recording and Transcript |
| GX 150 & 150-T | 3-11-2019 Recording and Transcript |
| GX 152 & 152-T | 3-15-2019 Recording and Transcript |
| GX 153 & 153-T | 3-19-2019 Recording and Transcript |
| GX 157 & 157-T | 4-8-2019 Recording and Transcript |
| GX 158 & 158-T | 4-9-2019 Recording and Transcript |
| GX 159 & 159-T | 5-7-2019 Recording and Transcript |
| GX 160 & 160-T | 8-10-2018 Recording and Transcript |
| GX 161 & 161-T | 1-17-2019 Recording and Transcript |
| GX 162 & 162-T | 1-8-2018 Recording and Transcript |

**Government's Admitted Trial Exhibits – Documents:**

| Exhibit No. | Description of Exhibit |
|---|---|
| GX 200 | 12-1-2010 Email |
| GX 201 | 12-30-2010 Email |
| GX 202 | 1-14-2011 Email |
| GX 205 | Emails Re: Frank Olivo |
| GX 206 | 9-12-2011 Email |
| GX 208 | Emails Re: Raymond Nice |
| GX 209 | 5-12-2012 Email |
| GX 210 | 7-03-2012 Email |

| | |
|---|---|
| GX 213 | 7-31-2012 Email |
| GX 214 | 9-14-2012 Email |
| GX 216 | 11-30-2012 Email |
| GX 217 | 12-17-2012 Email |
| GX 218 | 1-03-2013 Email |
| GX 219 | 1-27-2013 Email |
| GX 220 | 2-14-2013 Email |
| GX 222 | 2-20-2013 Email |
| GX 223 | 2-28-2013 Email |
| GX 224 | 3-8-2013 Email |
| GX 225 | 4-3-2013 Email |
| GX 226 | 4-19-2013 Email |
| GX 227 | 5-29-2013 Letter |
| GX 228 | 6-4-2013 Email |
| GX 229 | 6-6-2013 Email |
| GX 230 | 6-19-2013 Email |
| GX 232 | 1-19-2014 Email |
| GX 233 | 1-26-2014 Email |
| GX 234 | 2-5-2014 Email |
| GX 235 | 2-6-2014 Email |
| GX 236 | 2-6-2014 Email |
| GX 237 | 2-6-2014 Email |
| GX 239 | 2-10-2014 Email |
| GX 240 | 2-13-2014 Email |

| | |
|---|---|
| GX 241 | 2-28-2014 Email |
| GX 243 | 3-31-2014 Email |
| GX 244 | 4-01-2014 Email |
| GX 245 | 4-01-2014 Email |
| GX 246 | 4-5-2014 Email |
| GX 247 | 4-30-2014 Email |
| GX 249 | 5-3-2014 Email |
| GX 250 | 5-11-2014 Email |
| GX 253 | 5-23-2014 Email |
| GX 254 | 5-30-2014 Email |
| GX 257 | 6-9-2014 Email |
| GX 260 | 7-2-2014 Text Message |
| GX 263 | 7-14-2014 Email |
| GX 265 | 9-27-2014 Email |
| GX 268 | 10-11-2014 Email |
| GX 269 | 10-24-2014 Email |
| GX 270 | 11-05-2014 Email |
| GX 271 | 11-14-2014 Email |
| GX 276 | 1-9-2015 Email |
| GX 278 | 1-25-2015 Email |
| GX 279 | 2-8-2015 Email |
| GX 283 | 2-27-2015 Email |
| GX 284 | 3-12-2015 Email |
| GX 285 | 3-16-2015 Note |

| | |
|---|---|
| GX 286 | 3-20-2015 Email |
| GX 289 | 4-2-2015 Email |
| GX 292 | 4-9-2015 Letter |
| GX 294 | 4-29-2015 Email |
| GX 299 | 7-16-2015 Email |
| GX 300 | 7-28-2015 Email |
| GX 302 | 8-2-2015 Email |
| GX 303 | 8-4-2015 Email |
| GX 304 | 8-7-2015 Email |
| GX 306 | 8-11-2015 Email |
| GX 307 | 8-18-2015 Email |
| GX 308 | 8-31-2015 Email |
| GX 310 | 9-11-2015 Email |
| GX 311 | 10-26-2015 Email |
| GX 312 | 10-26-2015 Email |
| GX 313 | 11-09-2015 Email |
| GX 314 | 11-23-2015 Text Message |
| GX 315 | 1-19-2016 Email |
| GX 317 | 1-20-2016 Email |
| GX 318 | 1-20-2016 Email |
| GX 319 | 1-20-2016 Email |
| GX 320 | 1-20-2016 Email |

| | |
|---|---|
| GX 321 | 1-31-2016 Email |
| GX 323 | 2-25-2016 Email |
| GX 326 | 2-26-2016 Email |
| GX 327 | 3-5-2016 Email |
| GX 328 | 3-27-2016 Email |
| GX 330 | 4-5-2016 Email |
| GX 331 | 4-23-2016 Email |
| GX 334 | 4-29-2016 Email |
| GX 335 | 5-2-2016 Email |
| GX 336 | 5-8-2016 Email |
| GX 337 | 5-9-2016 Email |
| GX 338 | 5-9-2016 Email |
| GX 342 | 5-21-2016 Email |
| GX 343 | 5-22-2016 Email |
| GX 344 | 5-26-2016 Email |
| GX 345 | 5-27-2016 Email |
| GX 350 | 6-6-2016 Email |
| GX 351 | 6-17-2016 Email |
| GX 353 | 7-6-2016 Email |
| GX 354 | 7-8-2016 Email |
| GX 358 | 7-17-2016 Email |
| GX 359 | 7-18-2016 Email |
| GX 361 | 7-25-2016 Email |

| | |
|---|---|
| GX 362 | 7-26-2016 Letter |
| GX 363 | 8-8-2016 Email |
| GX 364 | 8-10-2016 Email |
| GX 373 | 10-20-2016 Email |
| GX 374 | 10-20-2016 Email |
| GX 375 | 10-21-2016 Email |
| GX 377 | 10-25-2016 Email |
| GX 381 | 11-8-2016 Email |
| GX 382 | 11-15-2016 Email |
| GX 383 | 11-17-2016 Email |
| GX 384 | 11-17-2016 Email |
| GX 385 | 11-20-2016 Email |
| GX 386 | 11-28-2016 Text Message |
| GX 387 | 11-28-2016 Email |
| GX 388 | 12-2-2016 Email |
| GX 389 | 12-3-2016 Email |
| GX 390 | 12-3-2016 Email |
| GX 391 | 12-3-2016 Email |
| GX 392 | 12-3-2016 Letter |
| GX 393 | 12-4-2016 Letter |
| GX 394 | 12-6-2016 Letter |
| GX 394-a | 12-6-2016 Spreadsheet |
| GX 396 | 12-15-2016 Email |

| | |
|---|---|
| GX 398 | 12-30-2016 Email |
| GX 399 | 1-3-2017 Email |
| GX 400 | 1-3-2017 Email |
| GX 403 | 1-13-2017 Email |
| GX 405 | 1-23-2017 Email |
| GX 406 | 2-1-2017 Email |
| GX 407 | 2-8-2017 Email |
| GX 410 | 2-23-2017 Email |
| GX 412 | 2-27-2017 Email |
| GX 414 | 3-2-2017 Email |
| GX 415 | 3-5-2017 Email |
| GX 417 | 3-6-2017 Email |
| GX 418 | 3-6-2017 Email |
| GX 421 | 4-2-2017 Email |
| GX 423 | 4-19-2017 Email |
| GX 424 | 4-20-2017 Text Message |
| GX 425 | 4-21-2017 Email |
| GX 427 | 4-21-2017 Email |
| GX 430 | 4-21-2017 Email |
| GX 431 | 4-21-2017 Email |
| GX 432 | 4-25-2017 Email |
| GX 438 | 5-17-2017 Email |
| GX 442 | 7-6-2017 Email |

| | |
|---|---|
| GX 443 | 7-7-2017 Email |
| GX 446 | 8-17-2017 Email |
| GX 448 | 10-4-2017 Email |
| GX 449 | 11-1-2017 Email |
| GX 450 | 11-7-2017 Email |
| GX 453 | 11-15-2017 Email |
| GX 454 | 11-17-2017 Email |
| GX 455 | 11-17-2017 Email |
| GX 457 | 11-27-2017 Email |
| GX 458 | 11-28-2017 Email |
| GX 459 | 11-28-2017 Email |
| GX 460 | 11-28-2017 Email |
| GX 462 | 12-01-2017 Email |
| GX 463 | 12-01-2017 Email |
| GX 467 | Comiskey Emails Re: Olivo |
| GX 468 | 1-2-2018 Email |
| GX 470 | 1-5-2018 Email |
| GX 472 | 1-8-2018 Email |
| GX 475 | 1-26-2018 Email |
| GX 476 | 1-30-2018 Email |
| GX 477 | 2-4-2018 Email |
| GX 479 | 2-7-2018 Email |
| GX 481 | 2-9-2018 Email |

| GX 483 | 2-10-2018 Email |
|--------|-----------------|
| GX 484 | 2-12-2018 Email |
| GX 486 | 2-13-2018 Email |
| GX 488 | 2-20-2018 Email |
| GX 490 | 2-21-2018 Email |
| GX 492 | 2-22-2018 Email |
| GX 493 | 2-22-2018 Email |
| GX 494 | 2-23-2018 Email |
| GX 496 | 2-27-2018 Email |
| GX 497 | 2-28-2018 Email |
| GX 498 | 2-28-2018 Email |
| GX 508 | 4-4-2018 Resume |
| GX 510 | 4-4-2018 Resume |
| GX 514 | 4-19-2018 Email |
| GX 516 | 4-20-2018 Email |
| GX 521 | 5-8-2018 Email |
| GX 525 | 5-16-2018 Email |
| GX 526 | 5-16-2018 Email |
| GX 528 | 5-18-2018 Email |
| GX 531 | 5-22-2018 Email |
| GX 532 | 5-23-2018 Email |
| GX 533 | 5-23-2018 Email |
| GX 538 | 5-25-2018 Email |

| GX 541 | 5-31-2018 Email |
|--------|-----------------|
| GX 543 | 6-15-2018 Email |
| GX 544 | 6-29-2018 Email |
| GX 546 | 7-5-2018 Email |
| GX 547 | 7-5-2018 Email |
| GX 548 | 7-10-2018 Email |
| GX 549 | 8-5-2018 Email |
| GX 550 | 8-23-2018 Email |
| GX 551 | 8-30-2018 Email |
| GX 553 | 9-10-2018 Email |
| GX 554 | 9-11-2018 Text Message |
| GX 559 | McClain Emails Re: Rush and Madigan |
| GX 564 | 11-19-2018 Email |
| GX 567 | 12-2-2018 Email |
| GX 568 | 12-6-2018 Email |
| GX 574 | 12-31-2018 Email |
| GX 576 | 1-3-2019 Email |
| GX 581 | 1-12-2019 Email |
| GX 583 | 2-13-2019 Email |
| GX 584 | 2-18-2019 Email |
| GX 586 | 3-4-2019 Email |
| GX 588 | 3-15-2019 Email |
| GX 589 | 3-15-2019 Email |

| | |
|---|---|
| GX 596 | 4-1-2019 Text Message |
| GX 597 | 4-3-2019 Email |
| GX 598 | 4-3-2019 Email |
| GX 599 | 4-3-2019 Email |
| GX 600 | 4-7-2019 Email |
| GX 602 | 4-12-2019 Email |
| GX 607 | 4-25-2019 Text Message |
| GX 608 | 4-25-2019 Text Message |
| GX 610 | 4-29-2019 Text Message |
| GX 611 | 4-29-2019 Text Message |
| GX 614 | 5-9-2019 Text Message |
| GX 615 | 5-14-2019 Email |
| GX 618 | Emails from Speaker's Office |
| GX 622 | 5-28-2014 Email |
| GX 623 | 2-15-2015 Email |
| GX 624 | 11-27-2016 Email |
| GX 625 | 3-20-2017 Text Message |
| GX 626 | 4-7-2017 Text Message |
| GX 627 | 12-14-2012 Email |
| GX 628 | 12-2-2016 Email |
| GX 629 | 12-7-2016 Email |
| GX 630 | 12-14-2012 Email |

| | |
|---|---|
| GX 631 | 12-14-2012 Email |
| GX 632 | 11-9-2011 Letter |
| GX 701 | McClain Asset Suite Records |
| GX 702 | JDDA Asset Suite Records |
| GX 703 | Bradley Asset Suite Records |
| GX 704 | Roosevelt Group Asset Suite Records |
| GX 705 | Decremer Asset Suite Records |
| GX 706 | Reyes Kurson Asset Suite Records |
| GX 707 | Apex Bank Records |
| GX 709 | McClain Calendar Entry |
| GX 710 | McClain Calendar Entry |
| GX 712 | McClain Calendar Entries |
| GX 713 | Hooker 2010 Code of Conduct Certification |
| GX 714 | Pramaggiore 2010 Code of Conduct Certification |
| GX 715 | Hooker 2011 Code of Conduct Certification |
| GX 716 | Pramaggiore 2011 Code of Conduct Certification |
| GX 717 | Pramaggiore 2012 Code of Conduct Certification |
| GX 718 | Pramaggiore 2013 Code of Conduct Certification |
| GX 719 | Pramaggiore 2014 Code of Conduct Certification |
| GX 720 | Pramaggiore 2015 Code of Conduct Certification |
| GX 721 | Pramaggiore 2016 Code of Conduct Certification |
| GX 722 | Pramaggiore 2017 Code of Conduct Certification |

| | |
|---|---|
| GX 723 | Pramaggiore 2018 Code of Conduct Certification |
| GX 726 | Check to Apex from Roosevelt Group |
| GX 727 | Check to Apex from Roosevelt Group |
| GX 728 | Shaw Decremer Check to Acevedo |
| GX 729 | Checks from Decremer to Moody |
| GX 730 | Checks from JDDA to Moody |
| GX 731 | Checks from JDDA to Olivo |
| GX 732 | Checks from JDDA to Nice |
| GX 733 | Checks from JDDA to Z Consulting |
| GX 734 | Checks from Bradley to Moody |
| GX 735 | Checks from Bradley to Acevedo |
| GX 736 | Exelon 2006 Code of Conduct |
| GX 737 | Exelon 2012 Code of Conduct |
| GX 739 | Exelon 2015-2016 Code of Conduct |
| GX 749 | Decremer - ComEd 2013 Consultant Agreement |
| GX 751 | Decremer - ComEd 2014 Consultant Agreement |
| GX 754 | Decremer - ComEd 2015 Consultant Agreement |
| GX 756 | Decremer - ComEd 2016 Consultant Agreement |
| GX 757 | Decremer - ComEd 2017 Consultant Agreement |
| GX 758 | Roosevelt - ComEd 2017 Contract Justification |
| GX 761 | Bradley - ComEd 2018 Consultant Agreement |
| GX 762 | Decremer - ComEd 2018 Consultant Agreement |
| GX 764 | JDDA and ComEd Consulting Contract |

| | |
|---|---|
| GX 768 | Bradley - Moody Consulting Contract |
| GX 769 | JDDA - ComEd 2018 Contract Amendment |
| GX 770 | Bradley - ComEd 2019 Consultant Agreement |
| GX 772 | JDDA and ComEd Consulting Contract |
| GX 775 | Pramaggiore Driver's License Paperwork |
| GX 776 | Bradley Driver's License Photograph |
| GX 777 | Decremer Driver's License Photograph |
| GX 778 | Doherty Driver's License Photograph |
| GX 779 | Acevedo Driver's License Photograph |
| GX 780 | Moody Driver's License Photograph |
| GX 781 | Hooker Driver's License Photograph |
| GX 782 | Madigan Driver's License Photograph |
| GX 783 | Marquez Driver's License Photograph |
| GX 784 | McClain Driver's License Photograph |
| GX 785 | Nice Driver's License Photograph |
| GX 786 | Olivo Driver's License Photograph |
| GX 787 | Pramaggiore Driver's License Photograph |
| GX 788 | Reyes Driver's License Photograph |
| GX 789 | Zalewski Driver's License Photograph |
| GX 791 | Reyes Kurson Agreement |
| GX 798 | McClain Invoices to ComEd |
| GX 799 | JDDA Invoices |
| GX 800 | Bradley Invoices to ComEd |

| | |
|---|---|
| GX 802 | Roosevelt Group Invoices to ComEd |
| GX 803 | Decremer Invoices to ComEd |
| GX 804 | Reyes Kurson Invoices |
| GX 805 | House Rules 99th General Assembly |
| GX 806 | SB 1652 (Smart Grid) House Vote |
| GX 807 | SB 1652 (Smart Grid) House Veto Override Vote |
| GX 808 | SB 9 House Vote |
| GX 809 | SB 9 House Veto Override Vote |
| GX 810 | HB 3975 House Vote |
| GX 811 | SB 2814 (FEJA) House Vote |
| GX 812 | SB 1652 (Smart Grid) Bill History |
| GX 813 | SB 9 Bill History |
| GX 814 | HB 3975 Bill History |
| GX 815 | SB 2814 (FEJA) Bill History |
| GX 816 | HB 5626 Bill History |
| GX 817 | SB 2080 Bill History |
| GX 820 | Wards Map House District 22 |
| GX 821 | Chicago Wards Map |
| GX 822 | 13th Ward Map |
| GX 823 | 13th Ward Map |
| GX 824 | Exelon Organizational Chart |
| GX 827[3] | Illinois State Capitol Picture |

[3] Government Exhibit 827 was erroneously identified as Government Exhibit 8 in the trial transcript. (Trial Tr. 426:3-427:1.)

| | |
|---|---|
| GX 829 | Moody Search Photographs |
| GX 830 | Decremer Search Photographs |
| GX 831 | Olivo Search Photographs |
| GX 832 | Doherty Search Photographs |
| GX 833 | Zalewski Search Photographs |
| GX 834 | McClain Search Photographs |
| GX 835 | Decremer Search Documents |
| GX 836 | McClain Search Documents |
| GX 837 | McClain Search Documents |
| GX 838 | Doherty Search Documents |
| GX 839 | Doherty Search Documents |
| GX 840 | Olivo Search Documents |
| GX 841 | Olivo Search Documents |
| GX 842 | City Club Search Documents |
| GX 845 | McClain Car Search Documents |
| GX 853 | Desiree Vasquez Resume |
| GX 858 | Payments to Reyes Kurson |
| GX 867 | JDDA 2019 SSJ |
| GX 868 | 2017 JDDA SSJ |
| GX 869 | McClain 2012 Form 1099 for Moody |
| GX 870 | McClain 2013 Form 1099 for Moody |
| GX 871 | McClain 2014 Form 1099 for Moody |
| GX 872 | Olivo 2011 Form 1099-Misc |
| GX 873 | Olivo 2012 Form 1099-Misc |

| | |
|---|---|
| GX 876 | FBI Summary Charts |
| GX 877 | Madigan - McClain Meals Chart |
| GX 878 | Nice Invoice and Metadata |
| GX 879 | Kristy Nice-Herner Texts |
| GX 884 | HB 3975 Senate Vote |
| GX 889 | Payment Chart 2014 |
| GX 890 | Payment Chart 2016 |
| GX 891 | Payment Chart 2018 |
| GX 892 | 2015 ComEd CEO and NEO Pay |
| GX 894 | Moody Papers |
| GX 895 | Asset Suite Payment Voucher with Note |
| GX 896 | Moody Documents |
| GX 897 | Moody Documents |
| GX 898 | Moody Documents |
| GX 899 | Moody Documents |
| GX 900 | Moody Documents |
| GX 901 | Moody Documents |
| GX 902 | Moody Documents |
| GX 903 | Moody Documents |
| GX 904 | Moody Documents |
| GX 905 | Moody Documents |
| GX 906 | Moody Documents |
| GX 907 | Moody Documents |

| GX 908 | Moody Documents |
|--------|-----------------|
| GX 910 | Bill Status and Roll Call re SB 1714 |
| GX 911 | Bill Status and Roll Calls re SB 1918 |
| GX 1002 | 1-17-2017 Email |
| GX 1012 | 3-26-2019 Email |
| GX 1015 | 5-28-2014 Email |
| GX 1017 | 12-13-2010 Email |
| GX 1018 | Pramaggiore LinkedIn Profile |
| GX 1021 | 5-24-2016 Email |
| GX 1022 | 11-8-2016 Email |
| GX 1023 | 4-23-2017 Email |

**Defendants' Admitted Trial Exhibits – Documents & Audio-Visual:**

| Exhibit No. | Description of Exhibit |
|-------------|------------------------|
| DX 2 | 4-3-2019 McClain email |
| DX 4 | 3-5-2017 McClain email |
| DX 5 | 11-23-2014 McClain email |
| DX 7 | 3-30-2013 McClain email to Marquez |
| DX 8 | 5-20-2018 McClain email |
| DX 9 | 2017 Lobbying Budget Planning Cycle |
| DX 11 | 1-9-2015 McClain email |
| DX 18 | 3-4-2014 Marquez email to McClain |
| DX 19 | 3-30-2014 McClain email to Marquez |
| DX 20 | 1-12-2019 Marquez email to McClain |

| DX 21 | 3-29-2013 McClain email to Marquez |
|---|---|
| DX 27 | 6-10-2014 Marquez email to McClain |
| DX 32 | 12-2-2016 Willert email |
| DX 33 | 12-8-2016 Flinn email to Willert |
| DX 62 | 10-1-2017 McClain email |
| DX 63 | 3-30-2018 Marquez email to Colvin |
| DX 71 | Moody Consulting Invoices from 4-2012 to 2-2014 |
| DX 72 | Moody Contract for Services signed 3-1-2012 |
| DX 76 | 4-12-2010 Bradford email to Von Hoene, *et al.* |
| DX 78 | 3-11-2014 Marquez email to McClain |
| DX 1022 | ComEd Five-Year Capstone Report Delivering on Smart Grid |
| DX 1026 | Jay D. Doherty & Associates 2017 Contract & SSJ |
| DX 1027 | Single Source Justification Form for Doherty 2018 |
| DX 1029 | 3-25-2017 Pramaggiore email to McClain |
| DX 1045 | 5-27-2015 Hepokoski email to Pramaggiore |
| DX 1046 | 4-7-2015 Pramaggiore email to Rowan |
| DX 1047 | 11-23-2014 McClain email to Pramaggiore, *et al.* |
| DX 1050 | 11-18-2013 Pramaggiore email to Rowan |
| DX 1052 | 8-24-2018 Marquez email to McDonagh, *et al.* |
| DX 1059 | 12-1-2016 Hopcian email to Von Hoene, *et al.* |
| DX 1060 | 6-9-2016 Dominguez email to Crane, *et al.* |
| DX 1063 | 5-27-2011 Von Hoene email to Rowe |
| DX 1064 | 5-30-2011 Dominguez email to Crane |
| DX 1067 | 11-28-2016 Dominguez email to McClain |

| | |
|---|---|
| DX 1072[4]<br>*Not admitted* | 8-17-2015 Marquez Email to Pramaggiore |
| DX 1079 | 5-28-2015 Austin email to Crane |
| DX 1080 | 5-22-2013 Pramaggiore email to Rader, *et al.* |
| DX 1086 | 1-14-2019 Dominguez email to Von Hoene |
| DX 1089 | 4-9-2013 Amecuza email to Delgado, *et al.* |
| DX 1090 | 5-26-2011 Cox email to Hooker, *et al.* |
| DX 1093 | 3-26-2019 Barron email to Fein |
| DX 1094 | 3-4-2019 Duray email to Miller |
| DX 1098 | 2-16-2016 Fein email to Firth, *et al.* |
| DX 1105 | 2-20-2015 Sokol email to Pramaggiore, *et al.* |
| DX 1107 | 4-14-2014 Dominguez email to Crane |
| DX 1108 | 1-28-2014 Dominguez email to Von Hoene, *et al.* |
| DX 1119 | 4-12-2015 Pramaggiore email to Marquez, *et al.* |
| DX 1123 | 2-5-2016 Dominguez email to McClain |
| DX 1131 | 4-22-2019 Fein Email to Scott |
| DX 1132 | 2016 Illinois Legislative Plan |
| DX 1135<br>*Not admitted* | 6-13-2012 Pramaggiore Email to O'Neill, *et al.* |
| DX 1139 | 9-21-2016 Fein email to Shapiro |
| DX 1145 | 5-2-2011 Clark email to Crane, *et al.* |
| DX 1155 &<br>1155-T | 5-18-2018 Call and Transcript |
| DX 1156 &<br>1156-T | 2-18-2019 Call and Transcript |
| DX 1157 &<br>1157-T | 9-7-2018 Call and Transcript |

---

[4] Defense Exhibits 1072 and 1135 were offered into evidence but not received. (Trial Tr. 4549:15-4552:5.)

| | |
|---|---|
| DX 1159 & 1159-T | 3-8-2019 Call and Transcript |
| DX 1164 | Anne Pramaggiore Calendar 2-18-2019 |
| DX 1166 | ComEd Organization Structure and Salary Recommendations |
| DX 1301 | 6-3-2013 Pramaggiore email to Marquez and Park |
| DX 1322 | 5-3-2016 Marquez email to Pramaggiore, *et al.* |
| DX 1345 | 5-17-2016 Payne-Mays email to Marquez |
| DX 1389 | 4-15-2013 Colvin email to Falcone |
| DX 1404 | 7-7-2015 Duray email to Payne-Mayes |
| DX 1424 | 3-2-2019 Marquez email to Dominguez |
| DX 1468 | 4-13-2016 Falcone email to Pramaggiore, *et al.* |
| DX 1470 | 5-14-2015 Hepokoski email to Pramaggiore, *et al.* |
| DX 1487 | 9-21-2016 Illinois Legislative Plan for NGEP |
| DX 2055 | 5-10-2013 Falcone email to Pramaggiore, *et al.* |
| DX 2063 | 3-7-2017 Hooker email to Pramaggiore |
| DX 2113 | 3-28-2016 Marquez email to Falcone |
| DX 2152 | 3-3-2017 Hooker email to Marquez sent |
| DX 2176 | 3-2-2018 McClain email to Marquez, *et al.* |
| DX 2233 | Hooker, John Lobbyist Information |
| DX 2235 | Olivo Lobbying Registration 2012-2019 |
| DX 2242-A & 2242-AT | 1-29-2019 Meeting and Transcript |
| DX 2242-D & 2242-DT[5] | 1-29-2019 Meeting and Transcript |

---

[5] At trial, Defense Exhibit 2242-D was mistakenly identified as 2242-B. (Trial Tr. 2647:14-18.)

| | |
|---|---|
| DX 2402-B & 2402-BT | 2-22-2019 Recording and Transcript |
| DX 2407 | Doherty Consulting Agreement 2013 |
| DX 3007 | City of Chicago Franchise Agreement 2018 |
| DX 3008 | ComEd Government and External Affairs Overview 2018 |
| DX 3009 | 1-31-2014 Parker Email to Marquez and Others Re: Moody |
| DX 3021 | 2-19-2018 Best Email Re: Contract Lobbyists |
| DX 3024 | 7-2-2019 Duray Email Re: Roosevelt Scope of Services |
| DX 3025 | 7-9-2015 Duray Email Re: Roosevelt Scope of Services |
| DX 3047 | 2-28-2019 Wade to Duray Dominguez Signed SSJ Email |
| DX 3080 | Doherty Lobbying Registrations |
| DX 3081 | Nice Lobbying Registrations |
| DX 3083 | Z Consulting Lobbying Registrations |
| DX 3091 | Doherty-Imperial Group Contracts and Invoices |
| DX 3092 | Doherty-Lakeshore Recycling Contracts and Invoices |
| DX 3093 | Doherty-American Landmark Property Contracts and Invoices |
| DX 3094 | Doherty-Commercial Vehicle Contracts and Invoices |
| DX 3095 | Doherty-ComEd.Invoices.Revised (2005-2019) |
| DX 3096 | Doherty-ComEd Contracts |
| DX 3097 | Doherty-ComEd Marquez Signed Contract 2013 |
| DX 3111 | SVP Gov. Affairs Job Description |
| DX 3141 | Doherty-Gallegos Emails Re: 2017 Payment and Contract Renewal |

**Defendant's Admitted Trial Exhibits – Demonstratives:**

| Exhibit No. | Description of Exhibit |
|---|---|
| DDX 1001 | Exelon Organizational Chart |
| DDX 1002 | Chart of Attorneys Re: Hiring of Ochoa |

DATED: August 19, 2025

Respectfully submitted,

*/s/ Scott R. Lassar*

Scott R. Lassar
Daniel C. Craig
Jennifer M. Wheeler
Emily R. Woodring
Joan E. Jacobson
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
slassar@sidley.com
dcraig@sidley.com
jwheeler@sidley.com
ewoodring@sidley.com
joan.jacobson@sidley.com

Paul D. Clement (*pro hac vice* application pending)
Andrew C. Lawrence (*pro hac vice* application pending)
Kevin Wynosky (*pro hac vice* application pending)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900
paul.clement@clementmurphy.com
andrew.lawrence@clementmurphy.com
kevin.wynosky@clementmurphy.com

*Attorneys for Defendant Anne Pramaggiore*